UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte |
| v. | : | Mag. No. 24-16095 |
| JULIO ALBERY NUNEZ | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Rebecca A. Sussman, Assistant U.S. Attorney, appearing), and defendant Julio Albery Nunez (Candace Hom, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through October 4, 2025.

2. This Court granted six § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that the parties have reached an agreement and a plea offer has been accepted in this case.

4. A plea hearing is scheduled for August 13, 2025 before the Hon. Evelyn Padin.

5. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

6. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

7. The defendant, through counsel, has consented to this continuance.

8.    FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a.    There is a signed plea agreement in this case and the parties require additional time to prepare the Information and get it assigned to a District Judge.

    b.    Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued through October 4, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

 

_____
HON. JOSÉ R. ALMONTE
United States Magistrate Judge

Dated: August 5, 2025

Form and entry consented to:

/s/ Rebecca A. Sussman

_____
Rebecca A. Sussman
Assistant U.S. Attorney

/s/ Candace Hom /RAS

_____
Candace Hom, Esq.
Counsel for Julio Albery Nunez